# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **HELEN T. FURGER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 00-0451-WS-L** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     **Defendant.** | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated the 18th day of July, 2005, is **ADOPTED** as the opinion of this court.

**DONE** and **ORDERED** this 2nd day of August, 2005.

                                                                                     s/WILLIAM H. STEELE
                                                                                     UNITED STATES DISTRICT JUDGE