IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HELEN T. FURGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 00-0451-WS-L |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that plaintiff be awarded attorney fees in the amount of $3,901.50 pursuant to Section 206(b) of the Social Security Act, codified at 42 U.S.C. § 406(b), for legal services rendered by plaintiff's attorney in this Court.

**DONE** this 2nd day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE